**ROMANO STANCROFF PC**
Timothy Whelan, Esq. (SBN 255037)
Aliaksandra Valitskaya, Esq. (SBN 320680)
360 N. Pacific Coast Hwy., Suite 1048
El Segundo, CA   90245
Telephone: (310) 477-7990
Fax: (310) 477-7995
e-service@thelemonlawattorneys.com
Attorneys for Plaintiff, CHRISTINA SARNO

SPENCER P. HUGRET (SBN: 240424)
shugret@grsm.com
JAMES P. MAYO (SBN: 169897)
jmayo@grsm.com
RESHMA A. BAJAJ (SBN: 227106)
rbajaj@grsm.com
consumerwarrantyjaguar@grsm.com
**GORDON REES SCULLY MANSUKHANI, LLP**
315 Pacific Ave.
San Francisco, CA 94111
Telephone: (415) 986-5900/Fax: (415) 986-8054
Attorneys for Defendant
JAGUAR LAND ROVER NORTH AMERICA, LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHRISTINA SARNO,**<br><br>        Plaintiff,<br><br>    vs.<br><br>**JAGUAR LAND ROVER NORTH AMERICA, LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive**,<br><br>        Defendants. | Case No.: 2:25-cv-02278-WBS-CKD<br><br>District Judge William B. Shubb<br>Magistrate Judge Carolyn K. Delaney<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS** |

-1-

**ORDER GRANTING JOINT STIPULATION TO DISMISS**

**IT IS SO ORDERED.**

Having reviewed the Joint Stipulation submitted by all parties on May 22, 2026, it is hereby ORDERED that the instant action, in its entirety, is DISMISSED with prejudice.

Dated:  May 26, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**ORDER GRANTING JOINT STIPULATION TO DISMISS**